IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, | § § | |
| *Plaintiff,* | § § | C.A. No. 3:14-cv-01855-N |
| v. | § § | Jury Trial Demanded |
| TACO JOHN'S INTERNATIONAL, INC., | § § | |
| *Defendant.* | § | |

**CERTIFICATE OF INTERESTED PERSONS**
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff, DietGoal Innovations LLC

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

DietGoal Innovations LLC, Dr. Oliver Alabaster, Daniel Mitry, Timothy Salmon

Dated:  May 21, 2014                              Respectfully submitted,

               **BUETHER JOE & CARPENTER, LLC**

           By: */s/  Eric W. Buether*
              Eric W. Buether
              State Bar No. 03316880
              Eric.Buether@BJCIPLaw.com
              Christopher M. Joe
              State Bar No. 00787770
              Chris.Joe@BJCIPLaw.com
              Brian A. Carpenter
              State Bar No. 03840600
              Brian.Carpenter@BJCIPLaw.com
              Monica Tavakoli
              State Bar No. 24065822
              Monica.Tavakoli@BJCIPLaw.com
              Michael D. Ricketts
              State Bar No.24079208
              Mickey.Ricketts@BJCIPLaw.com
              Niky Bukovcan
              State Bar No. 24078287
              Niky.Bukovcan@BJCIPLaw.com

              1700 Pacific Avenue
              Suite 4750
              Dallas, Texas 75201
              Telephone: (214) 477-1271
              Facsimile: (214) 635-1827