IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS, LLC, | § § | |
| Plaintiff, | § § | |
| V. | § § | Civil Action No. 3:14-CV-1855-N |
| TACO JOHN'S INTERNATIONAL, INC., | § § § | |
| Defendant. | § | |

## **ORDER**

The above-referenced matter is transferred to the docket of the Honorable Ed Kinkeade for possible consolidation. All future pleadings shall be filed under case No. 14cv1855-K.

SIGNED May 22, 2014.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE